# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2623

_____

| | | |
|---|---|---|
| James Guice, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Denis H. Agniel, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  December 5, 2003

Filed:  December 15, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

James Guice appeals the district court's[*] denial of Guice's Federal Rule of Civil Procedure 60(b) motion, in which Guice requested the district court reconsider its order dismissing Guice's 42 U.S.C. § 1983 action. We conclude the district court's denial of Guice's Rule 60(b) motion was not an abuse of discretion because

_____

[*]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

Guice failed to demonstrate exceptional circumstances existed to warrant postjudgment relief.  See Arnold v. Wood, 238 F.3d 992, 998 (8th Cir.), cert. denied, 534 U.S. 975 (2001).  Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny the pending motions.

_____